**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7419**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

CHARLES LEE TORIAN,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Danville.   Norman K. Moon, Senior District Judge.  (4:01-cr-70057-NKM-1)

———————

Submitted:  January 14, 2016          Decided:  January 20, 2016

———————

Before AGEE, WYNN, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Lee Torian, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Lee Torian appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Torian</u>, No. 4:01-cr-70057-NKM-1 (W.D. Va. Aug. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>